1454

## CASE ANNOUNCEMENTS

*June 3, 2013*

[Cite as *06/03/2013 Case Announcements*, 2013-Ohio-2236.]

## MOTION AND PROCEDURAL RULINGS

**2012–0725.   HIN, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2008-K-2386.
This cause is pending before the court as an appeal from the Board of Tax Appeals.
   Upon consideration of appellant's motion for the full court to hear oral argument, it is ordered by the court that the motion is granted.

**2013–0671.   Rengel v. Meijer Stores Ltd. Partnership.**
Erie App. No. E–12–050, 2013-Ohio-1088.
This cause is pending before the court as a jurisdictional appeal.
   Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*June 4, 2013*

[Cite as *06/04/2013 Case Announcements*, 2013-Ohio-2283.]

## MOTION AND PROCEDURAL RULINGS

**1998–0019.   State v. Fears.**
Hamilton C.P. No. B9702360B. This cause came on for further consideration upon appellee's motion to set an execution date.
   Upon consideration thereof, it is ordered by the court that the motion is granted.
   It is further ordered that Angelo Fears's sentence be carried into execution by the warden of the Southern Ohio Correctional Facility, or in his absence, by the deputy warden, on Thursday, September 17, 2015, in accordance with the statutes so provided.
   It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the clerk of the Court of Common Pleas of Hamilton County.

O'NEILL, J., dissents for the reasons stated in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2012–2097.   In re A.G.**

Ottawa App. No. OT–11–003, 2012-Ohio-5109. This cause is pending before the court as an appeal from the Court of Appeals for Ottawa County.

It is ordered by the court, sua sponte, that appellees shall file a response to appellant's renewed motion for stay of the trial court's decision and judgment entry, no later than Thursday, June 6, 2013.

**2013–0614.   State v. Auerswald.**

Medina App. No. 11CA0053-M, 2013-Ohio-742. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to strike the state of Ohio's memorandum in response to jurisdiction, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*June 5, 2013*

[Cite as *06/05/2013 Case Announcements*, 2013-Ohio-2285.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–0302.   State v. Jackson.**

Trumbull App. No. 2008T0077. Upon consideration of the jurisdictional memoranda filed in this case, the court accepts the appeal on Proposition of Law No. I. This court's judgment of December 31, 2008, dismissing case No. 2008–1610 was not a judgment on the merits. Accordingly, appellant's first